Waterworks v Ice Builders Exhibit A.xls

| EXHIBIT A*<br>Transfers | | | |
|---|---|---|---|
| Name of Creditor | Check / Wire<br>ID Number | Disbursement<br>Date | Amount Paid |
| ICE BUILDERS INC | 208641 | 3/18/2009 | $52,286.00 |
| | | | **$52,286.00** |